UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACKLIN BOCCIO and
JOEL BOCCIO,

    Plaintiffs,

v.                                         Case No. 8:09-cv-475-T-24 EAJ

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Non-Party Moreno's Motion to Quash or Modify Subpoena. (Doc. No. 53). Plaintiffs oppose the motion. (Doc. No. 54).

In this motion, Moreno asks the Court to quash the subpoena for his trial testimony, because: (1) Plaintiffs have not tendered the requisite witness fee, and (2) he should not be compelled to testify as an expert in this trial. Plaintiffs concede that they cannot elicit expert testimony from him and state that they intend to pay him a witness fee.

Upon consideration, the motion is **GRANTED IN PART AND DENIED IN PART**. The Court denies the motion to the extent that Moreno asks the Court to quash the subpoena. However, the Court points out three things: (1) Moreno will not be required to give expert testimony; (2) Moreno's testimony shall not exceed two hours; and (3) Plaintiffs must tender to Moreno a check for $1,500 for his witness fee and mileage by 8:00 a.m. on June 1, 2010.

**DONE AND ORDERED** at Tampa, Florida, this 28th day of May, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Non-Party Anthony Moreno